FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07CR194-MHT |
| ) | [18 U.S.C. §§ 641 and 2] |
| TIMOTHY DENARD THOMAS ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNTS 1 & 2

1.　At all times relevant to this Indictment, the defendant, **TIMOTHY DENARD THOMAS,** was a resident of Montgomery, Alabama.

2.　On or about October 3, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Timothy D. Thomas. That application falsely represented that Thomas had suffered losses to a property he rented as his primary residence in New Orleans, Louisiana. Thomas did not reside in Louisiana and did not suffer the losses claimed.

3.　FEMA accepted the application and caused two United States Treasury checks in the amounts of $2,358.00 and $2,597.88 to be mailed to Thomas at an address in Montgomery, Alabama. Thomas received both checks and cashed them.

4.　On or about the dates set forth below, in Montgomery County, within the Middle

District of Alabama, and elsewhere, the defendant

**TIMOTHY DENARD THOMAS,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE OF CHECK | ITEM |
|---|---|---|
| 1 | October 15, 2005 | FEMA disaster assistance funds in the amount of $2,358.00, check number 222174625255. |
| 2 | February 27, 2006 | FEMA disaster assistance funds in the amount of $2,597.88, check number 222176246398. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JERUSHA T. ADAMS
Assistant United States Attorney

-2-