IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07-CR-194-MHT |
| | ) | |
| TIMOTHY DENARD THOMAS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby scheduled for **September 26, 2007 at 9:30 a.m.**, in courtroom 4A, before **United States Magistrate Judge Terry F. Moorer**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 20th day of September, 2007.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE