# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v ) | **CR. NO. 2:07cr-194-MHT** |
| ) | |
| **TIMOTHY DENARD THOMAS** ) | |

## ORDER

Pursuant to the Court's Oral Order at initial appearance that a CJA Panel attorney be appointed to represent the defendant and for good cause it is,

**ORDERED** that CJA Panel Attorney Terrie Biggs be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 24th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE