**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07cr-194-MHT** |
| | ) | |
| **TIMOTHY DENARD THOMAS** | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Terrie S. Biggs and file her Notice of Appearance on behalf of Defendant, Timothy Denard Thomas, in the above-styled action.

Respectfully submitted this the 24th day of September, 2007.

*/s/ Terrie S. Biggs*_____
**TERRIE S. BIGGS (BIG006)**
ATTORNEY FOR DEFENDANT

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone:     (334) 241-8000
Facsimile:     (334) 323-8888

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September <u>24</u><sup>th</sup>, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerusha T. Adams, Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL  36101-0197
Jerusha.Adams@usdoj.gov

*/s/ Terrie S. Biggs*_____
**TERRIE S. BIGGS (BIG006)**