IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr-194-MHT |
| | ) | |
| TIMOTHY DENARD THOMAS | ) | |

### NOTICE OF INTENT TO ENTER A PLEA

COMES NOW, the Defendant, Timothy Denard Thomas, by and through attorney and files this notice of intent to enter a plea and shows as follows:

1. That at his September 26, 2007, Arraignment, the defendant entered a plea of not guilty to two (2) counts of violation of 18 U.S.C. §641 and 2.

2. That the Pretrial conference in this matter is currently set for October 12, 2007 at 1:00 p.m. before Chief United States Magistrate Judge Charles S. Coody.

3. That since the date of arraignment, the defendant has decided to enter into a plea agreement with the government in this case.

4. That the defendant now files this, his notice of intent to plead guilty, pursuant to his agreement with the government.

Respectfully submitted this the 11th day of October, 2007.

/s/ Terrie S. Biggs_____
**TERRIE S. BIGGS (BIG006)**
ATTORNEY FOR DEFENDANT

1103217

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

### CERTIFICATE OF SERVICE

       I hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jerusha T. Adams, Assistant U.S. Attorney
    201 One Court Square
    Post Office Box 197
    Montgomery, AL  36101-0197
    Jerusha.Adams@usdoj.gov

                           */s/ Terrie S. Biggs*_____
                           **TERRIE S. BIGGS (BIG006)**

1103217